Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated, | Case No: 8:23-cv-02124-JWH-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| JG BUILDERS, INC., *et. at*. | |
| Defendants. | Judge: Hon. John W. Holcomb |

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached private settlement of the material issues in dispute in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within thirty (30) days from today.  The Parties respectfully request that the Court take all deadlines off calendar but retain jurisdiction for thirty (30) days so the parties may finish drafting and executing a settlement agreement.

DATED: June 20, 2024               **PRATO & REICHMAN, APC**

                                                                      _/s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN