Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>JG BUILDERS, INC., *et. al.*,<br><br>Defendants. | Case No.: 8:23-cv-02124-JWH-KES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Paul Sapan and all Defendants, JG Builders, Inc. d/b/a Ecosmart Builders, and Jose G. Ramirez, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of the entire case including all Plaintiff's claims against all Defendants. Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation for Dismissal disposes of the entire action.

**IT IS SO STIPULATED.**

DATED: July 19, 2024                                   **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman, Esq
By: Christopher J. Reichman, Esq
**Prato & Reichman, APC**
Attorneys for Plaintiff,
PAUL SAPAN
And the putative class

DATED: July 19, 2024                                   **PATHWAY LAW FIRM, PC**

/s/ Joe Nazarian, Esq
By: Joe Nazarian, Esq
**Pathway Law Firm, PC**
Attorneys for Defendants,
JG BUILDERS, INC. d/b/a
ECOSMART BUILDERS, and
JOSE G. RAMIREZ

## Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)

I, Christopher J. Reichman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 19, 2024                              **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman, Esq
By: Christopher J. Reichman, Esq
**Prato & Reichman, APC**
Attorneys for Plaintiff,
PAUL SAPAN
And the putative class

- 3 -

Stipulation to Dismiss with Prejudice