# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>JG BUILDERS, INC., *et. at*.<br><br>    Defendants. | Case No.: 8:23-cv-02124-JWH-KES<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**Honorable John W. Holcomb** |

    The Court, having considered the Parties' Stipulation of Dismissal, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil procedure, hereby **ORDERS** as follows:

    1.    Plaintiff's individual claims in the above-captioned action are **DISMISSED with prejudice**.

    2.    The claims of the putative class members in the above-captioned action are **DISMISSED without prejudice**.

    3.    Each party is to bear its own fees and costs.

    4.    The Court retains jurisdiction to enforce the Parties' settlement agreement.

    **IT IS SO ORDERED**.

DATED: July 22, 2024

Hon. John W. Holcomb
United States District Judge